# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Erica T. Bradley-McCabe aka Erica McCabe aka Erica King aka Erica T. McCabe aka Erica T. King aka Erica Bradley-McCabe aka Erica Tiffany Bradley-McCabe** <br> **Debtor(s)** | **BK NO. 18-00282 RNO** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594