Certificate Number: 12433-PAM-DE-030671586

Bankruptcy Case Number: 18-00282



12433-PAM-DE-030671586

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2018, at 10:21 o'clock AM EST, Erica T. Bradley McCabe completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 6, 2018    By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher