```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                             Case No. 18-00282-RNO
Erica T. Bradley-McCabe                                            Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: CGambini          Page 1 of 1          Date Rcvd: Mar 08, 2018
                             Form ID: ntcnfhrg       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
```
db             +Erica T. Bradley-McCabe,    505 Thomas Street,    Stroudsburg, PA 18360-2104
5014952        +ALFRED STROUSE, DEPUTY CHIEF,    MONROE COUNTY PROBATION,    610 MONROE STREET SUITE 101,
                 STROUDSBURG, PA 18360-2278
5014953         BARCLAYS BANK,    PO BOX 8802,    WILMINGTON, DE 19899-8802
5014955        +CHRISTOPHER MCCABE,    505 THOMAS STREET,    STROUDSBURG, PA 18360-2104
5014956        +CWS/CW NEXUS,    101 CROSSWAYS PARK DR W,    WOODBURY, NY 11797-2020
5014957        +DAVID J. APOTHAKER, ESQUIRE,    520 FELLOWSHIP ROAD, SUITE C306,    PO BOX 5496,
                 MOUNT LAUREL, NJ 08054-5496
5014958        +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
5014959        +LEE MILLER, DIRECTOR,    DOMESTIC RELATIONS SECTION,    610 MONROE STREET SUITE 110,
                 STROUDSBURG, PA 18360-2280
5014960         MOHELA/DEPT OF ED,    633 SPIRIT DRIVE,    CHESTERFIELD, MO 63005-1243
5014963        +STERN & EISENBERG PC,    1581 MAIN STREET SUITE 200,    WARRINGTON, PA 18976-3400
5014964        +TEK-COLLECT,    PO BOX 1269,    COLUMBUS, OH 43216-1269
5014965       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:    TOYOTA MOTOR CREDIT,    5005 N RIVER BLVD NE,
                 CEDAR RAPIDS, IA 52411-6634)
5025267        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5016441        +US Dept of EducationMOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5014954        +E-mail/Text: bankruptcy@cavps.com Mar 08 2018 19:11:15      CAVALRY SPV 1, LLC,
                 500 SUMMIT LAKE DRIVE, SUITE 400,    VALHALLA, NY 10595-1340
5029482        +E-mail/Text: bankruptcy@cavps.com Mar 08 2018 19:11:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5014961        +E-mail/Text: Bankruptcies@nragroup.com Mar 08 2018 19:11:35      NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5014962        +Fax: 407-737-5634 Mar 08 2018 19:41:31      OCWEN LOAN SERVICING, LLC,
                 1661 WORTHINGTON ROAD, SUITE 100,    WEST PALM BEACH, FL 33409-6493
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Erica T. Bradley-McCabe jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Ocwen Loan Servicing, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Erica T. Bradley-McCabe
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Erica T. Bradley−McCabe | Chapter | 13 |
| aka Erica King, aka Erica McCabe, aka Erica T. McCabe, aka Erica Tiffany Bradley−McCabe, aka Erica T. King, aka Erica Bradley−McCabe | Case No. | 5:18−bk−00282−RNO |
| Debtor(s) | | |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2018 |