IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **ERICA T. BRADLEY-MCCABE**, aka | : | Chapter 13 |
| Erica McCabe, aka Erica King, aka | : | Case No. **5:18-bk-00282** |
| Erica T. King, aka Erica T. McCabe, aka | : | |
| Erica Tiffany Bradley-McCabe, aka | : | |
| Erica Bradley-McCabe, | : | |
| Debtor. | : | |

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses.
Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.
Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney prior to filing petition | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $0 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $0 |
| 3. Expenses reimbursed prepetition | $0 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $0 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $4,500 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $4,500 |

Dated: July 16, 2018                                   /s/ J. Zac Christman
                                                              Attorney for Debtor