IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erica T. Bradley-McCabe aka Erica McCabe aka Erica King aka Erica T. McCabe aka Erica T. King aka Erica Bradley-McCabe aka Erica Tiffany Bradley-McCabe <br>     Debtor <br><br> Toyota Motor Credit Corporation <br>     Movant <br>   vs. <br><br> Erica T. Bradley-McCabe aka Erica McCabe aka Erica King aka Erica T. McCabe aka Erica T. King aka Erica Bradley-McCabe aka Erica Tiffany Bradley-McCabe <br>     Debtor <br><br> Christopher L. McCabe <br><br> Charles J. DeHart, III Esq., Trustee <br>     Additional Respondents | CHAPTER 13 <br><br><br> NO. 18-00282 RNO <br><br><br> 11 U.S.C. Sections 362 and 1301 (c) |

**ORDER**

    Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.