```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 18-00282-RNO
Erica T. Bradley-McCabe                                   Chapter 13
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CGambini          Page 1 of 1          Date Rcvd: Dec 19, 2018
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
            +Christopher L McCabe,    505 Thomas Street,    Stroudsburg, PA 18360-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 Erica T. Bradley-McCabe jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com
          James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James Allen Prostko    on behalf of Creditor   Ocwen Loan Servicing, LLC pamb@fedphe.com
          Jerome B Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    Ocwen Loan Servicing, LLC pamb@fedphe.com
          Thomas  Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 1 Erica T. Bradley-McCabe
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                         TOTAL: 9
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erica T. Bradley-McCabe aka Erica McCabe aka Erica King aka Erica T. McCabe aka Erica T. King aka Erica Bradley-McCabe aka Erica Tiffany Bradley-McCabe<br>      Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>      Movant<br>  vs. | NO. 18-00282 RNO |
| Erica T. Bradley-McCabe aka Erica McCabe aka Erica King aka Erica T. McCabe aka Erica T. King aka Erica Bradley-McCabe aka Erica Tiffany Bradley-McCabe<br>      Debtor | 11 U.S.C. Sections 362 and 1301 (c) |
| Christopher L. McCabe | |
| Charles J. DeHart, III Esq., Trustee<br>    Additional Respondents | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: December 18, 2018      By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)