United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 18-00282-RNO
Erica T. Bradley-McCabe  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 06, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

**Recip ID**     **Recipient Name and Address**
cr     + Monroe County Domestic Relations Section, 610 Monroe Steet, Suite 110, Stroudsburg, PA 18360-2280

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

**Name**     **Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

J. Zac Christman
    on behalf of Plaintiff Erica T. Bradley-McCabe zac@fisherchristman.com office@fisherchristman.com

J. Zac Christman
    on behalf of Debtor 1 Erica T. Bradley-McCabe zac@fisherchristman.com office@fisherchristman.com

James Warmbrodt
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James Allen Prostko
    on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com

| | |
|---|---|
| Jerome B Blank | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Philip W. Stock | on behalf of Defendant Monroe County Juvenile Probation Office pwstock@ptd.net |
| Philip W. Stock | on behalf of Creditor Monroe County Domestic Relations Section pwstock@ptd.net |
| Philip W. Stock | on behalf of Defendant Monroe County Pennsylvania pwstock@ptd.net |
| Philip W. Stock | on behalf of Defendant Monroe County Domestic Relations Section pwstock@ptd.net |
| Robert Joseph Davidow | on behalf of Creditor PHH Mortgage Corporation r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | ERICA T. BRADLEY-MCCABE, aka Erica King, aka Erica McCabe, aka Erica Tiffany Bradley-McCabe, aka Erica T. King, aka Erica Bradley-McCabe, Debtor, | : : : : : : | Chapter 13 Case No. **5:18-bk-00282** |
| | ERICA T. BRADLEY-MCCABE, Objector, v. MONROE COUNTY DOMESTIC RELATIONS SECTION, Claimant. | : : : : : : : | Objection to Proof of Claim |

## ORDER

Upon consideration of Debtor's Objection to Amended Proof of Claim No. 8 of MONROE COUNTY DOMESTIC RELATIONS SECTION, and the Answer of the Monroe County Domestic Relations Section thereto, after hearing held on January 6, 2021, it is

ORDERED that the Debtor's Objection is sustained in part and overruled in part; and,

FURTHER ORDERED that the Monroe County Domestic Relations Section must, within twenty-eight (28) days of the date of this Order, file an amended proof of claim crediting any payments which have been received concerning the subject obligation since the original Proof of Claim was filed.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: January 6, 2021

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  BI