IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **ERICA T. BRADLEY-MCCABE**, aka : Chapter 13
Erica King, aka Erica McCabe, aka : Case No. **5:18-bk-00282**
Erica Tiffany Bradley-McCabe, aka :
Erica T. King, aka Erica Bradley-McCabe, :
    Debtor, :

## PRAECIPE TO WITHDRAW
## SECOND MOTION TO MODIFY CONFIRMED PLAN WITH CONCURRENCE

TO THE CLERK:

Please kindly withdraw the Second Motion to Modify Confirmed Plan filed August 12, 2020. Philip W. Stock, Esquire, on behalf of the Monroe County Domestic Relations Section, indicated his concurrence in the withdraw.

    /s/ J. Zac Christman
    J. Zac Christman, Esquire
    Attorney for Debtor(s)
    530 Main Street
    Stroudsburg, PA 18360
    (570) 234-3960; fax (570) 234-3975
    zac@fisherchristman.com