# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

IN RE:  Case No. 5:18-bk-00282-MJC
Chapter 13

Erica T. Bradley-McCabe aka Erica McCabe
aka Erica King aka Erica T. McCabe aka Erica
T. King aka Erica Bradley-McCabe aka Erica
Tiffany Bradley-McCabe

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 18th day of January, 2024, to the following:

J. Zac Christman
J. Zac Christman, Esquire
556 Main Street, Suite 12
Stroudsburg, PA 18360
zac@fisherchristman.com
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Erica T. Bradley-McCabe aka Erica McCabe aka Erica King aka Erica T. McCabe aka Erica T. King aka Erica Bradley-McCabe aka Erica Tiffany Bradley-McCabe
505 Thomas Street
Stroudsburg, PA 18360

*Debtor(s)*

            By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire