| | |
|---|---|
| In re: | Case No. 18-00282-MJC |
| Erica T. Bradley-McCabe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | #+ | Christopher L McCabe, 505 Thomas Street, Stroudsburg, PA 18360-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 03, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Mediator Brian E. Manning BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| J. Zac Christman | on behalf of Plaintiff Erica T. Bradley-McCabe zac@jzacchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Erica T. Bradley-McCabe zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James Allen Prostko

on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Jerome B Blank

on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com

Jerome B Blank

on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Mario J. Hanyon

on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Philip W. Stock

on behalf of Defendant Monroe County Pennsylvania pwstock@ptd.net

Philip W. Stock

on behalf of Creditor Monroe County Domestic Relations Section pwstock@ptd.net

Philip W. Stock

on behalf of Defendant Monroe County Juvenile Probation Office pwstock@ptd.net

Philip W. Stock

on behalf of Defendant Monroe County Domestic Relations Section pwstock@ptd.net

Robert Joseph Davidow

on behalf of Creditor PHH Mortgage Corporation r.davidow@mgplaw.com

Steven K Eisenberg

on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song

on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com

Thomas Song

on behalf of Creditor Ocwen Loan Servicing LLC tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| In Re:<br><br>ERICA T. BRADLEY-MCCABE AKA ERICA MCCABE AKA ERICA KING AKA ERICA T. MCCABE AKA ERICA T. KING AKA ERICA BRADLEY-MCCABE AKA ERICA TIFFANY BRADLEY-MCCABE<br>     Debtor(s) | Chapter 13<br><br>Case Number: 5:18-bk-00282-MJC |
|---|---|

## ORDER

Upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, after Notice and an opportunity for a hearing, it is

ORDERED AND DECREED that Movant, Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §§ 362 and 1301(c) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 505 THOMAS STREET, STROUDSBURG, PA 18360.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 1, 2024