| | |
|---|---|
| In re: | Case No. 18-00282-MJC |
| Erica T. Bradley-McCabe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 11, 2024 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica T. Bradley-McCabe, 505 Thomas Street, Stroudsburg, PA 18360-2104 |
| cr | + | Monroe County Domestic Relations Section, 610 Monroe Steet, Suite 110, Stroudsburg, PA 18360-2280 |
| cr | + | Wilmington Savings Fund Society, FSB, as Trustee o, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 5014952 | + | ALFRED STROUSE, DEPUTY CHIEF, MONROE COUNTY PROBATION, 610 MONROE STREET SUITE 101, STROUDSBURG, PA 18360-2278 |
| 5014957 | + | DAVID J. APOTHAKER, ESQUIRE, 520 FELLOWSHIP ROAD, SUITE C306, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5014959 | + | LEE MILLER, DIRECTOR, DOMESTIC RELATIONS SECTION, 610 MONROE STREET SUITE 110, STROUDSBURG, PA 18360-2280 |
| 5065055 | + | Monroe County Domestic Relations Section, 610 Monroe Street, Suite 110, Stroudsburg, PA 18360-2280 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5014953 | | EDI: TSYS2 | Jul 11 2024 22:37:00 | BARCLAYS BANK, PO BOX 8802, WILMINGTON, DE 19899-8802 |
| 5014954 | + | Email/Text: bankruptcy@cavps.com | Jul 11 2024 18:40:00 | CAVALRY SPV 1, LLC, 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-2321 |
| 5043437 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 11 2024 18:46:35 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5014956 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 11 2024 18:46:56 | CWS/CW NEXUS, 101 CROSSWAYS PARK DR W, WOODBURY, NY 11797-2020 |
| 5029482 | + | Email/Text: bankruptcy@cavps.com | Jul 11 2024 18:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5014958 | + | Email/Text: EBNBKNOT@ford.com | Jul 11 2024 18:40:00 | FORD MOTOR CREDIT, PO BOX 542000, OMAHA, NE 68154-8000 |
| 5014960 | | Email/Text: EBN@Mohela.com | Jul 11 2024 18:40:00 | MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 5016441 | | Email/Text: EBN@Mohela.com | Jul 11 2024 18:40:00 | US Dept of EducationMOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5014961 | + | Email/Text: Bankruptcies@nragroup.com | Jul 11 2024 18:41:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5014962 | + | EDI: LCIPHHMRGT | Jul 11 2024 22:37:00 | OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5039523 | | EDI: LCIPHHMRGT | Jul 11 2024 22:37:00 | OCWEN LOAN SERVICING, LLC, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5166224 | + | EDI: LCIPHHMRGT | Jul 11 2024 22:37:00 | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, PHH Mortgage Corporation, Bankruptcy Department 08054-4637 |
| 5166223 | + | EDI: LCIPHHMRGT | Jul 11 2024 22:37:00 | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054-4637 |
| 5401645 | + | EDI: LCIPHHMRGT | Jul 11 2024 22:37:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 5053875 | ^ | MEBN | Jul 11 2024 18:34:39 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5014963 | ^ | MEBN | Jul 11 2024 18:34:30 | STERN & EISENBERG PC, 1581 MAIN STREET SUITE 200, WARRINGTON, PA 18976-3403 |
| 5014964 | + | Email/Text: Bankruptcy@TekCollect.com | Jul 11 2024 18:40:00 | TEK-COLLECT, PO BOX 1269, COLUMBUS, OH 43216-1269 |
| 5014965 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 11 2024 18:40:00 | TOYOTA MOTOR CREDIT, 5005 N RIVER BLVD NE, CEDAR RAPIDS, IA 52411-6634 |
| 5025267 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 11 2024 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5062812 | | Email/Text: bkrcy@ugi.com | Jul 11 2024 18:40:00 | UGI Utilities Inc, PO Box 13009, Reading PA 19612 |
| 5590254 | ^ | MEBN | Jul 11 2024 18:34:31 | Wilmington Savings Fund Society, FSB, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5014955 | ##+ | CHRISTOPHER MCCABE, 505 THOMAS STREET, STROUDSBURG, PA 18360-2104 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Mediator Brian E. Manning BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| J. Zac Christman | on behalf of Plaintiff Erica T. Bradley-McCabe zac@jzacchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Erica T. Bradley-McCabe zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Allen Prostko | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Philip W. Stock | on behalf of Defendant Monroe County Domestic Relations Section pwstock@ptd.net |
| Philip W. Stock | on behalf of Defendant Monroe County Pennsylvania pwstock@ptd.net |
| Philip W. Stock | on behalf of Creditor Monroe County Domestic Relations Section pwstock@ptd.net |
| Philip W. Stock | on behalf of Defendant Monroe County Juvenile Probation Office pwstock@ptd.net |
| Robert Joseph Davidow | on behalf of Creditor PHH Mortgage Corporation r.davidow@mgplaw.com |
| Steven K Eisenberg | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Ocwen Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 20

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Erica T. Bradley–McCabe<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1785<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–00282–MJC | |

# Order of Discharge                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Erica T. Bradley–McCabe
aka Erica King, aka Erica McCabe, aka Erica T. McCabe, aka Erica Tiffany Bradley–McCabe, aka Erica T. King, aka Erica Bradley–McCabe

**By the court:**

7/11/24

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**