United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00282-MJC |
| Erica T. Bradley-McCabe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 16, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Erica T. Bradley-McCabe, 505 Thomas Street, Stroudsburg, PA 18360-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Mediator Brian E. Manning BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| J. Zac Christman | on behalf of Plaintiff Erica T. Bradley-McCabe zac@jzacchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Erica T. Bradley-McCabe zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Allen Prostko | |

| | |
|---|---|
| | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Jerome B Blank | |
| | on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com |
| Jerome B Blank | |
| | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Mario J. Hanyon | |
| | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Philip W. Stock | |
| | on behalf of Defendant Monroe County Pennsylvania pwstock@ptd.net |
| Philip W. Stock | |
| | on behalf of Creditor Monroe County Domestic Relations Section pwstock@ptd.net |
| Philip W. Stock | |
| | on behalf of Defendant Monroe County Juvenile Probation Office pwstock@ptd.net |
| Philip W. Stock | |
| | on behalf of Defendant Monroe County Domestic Relations Section pwstock@ptd.net |
| Robert Joseph Davidow | |
| | on behalf of Creditor PHH Mortgage Corporation r.davidow@mgplaw.com |
| Steven K Eisenberg | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | |
| | on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com |
| Thomas Song | |
| | on behalf of Creditor Ocwen Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 20

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Erica T. Bradley−McCabe, aka Erica King, aka Erica McCabe, aka Erica T. McCabe, aka Erica Tiffany Bradley−McCabe, aka Erica T. King, aka Erica Bradley−McCabe, | Chapter | 13 |
| | Case No. | 5:18−bk−00282−MJC |

**Debtor 1**

Social Security No.:
xxx−xx−1785

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 16, 2024

**fnldec** (01/22)